**IT IS ORDERED as set forth below:**

Date: March 13, 2025



_____
Lisa Ritchey Craig
U.S. Bankruptcy Court Judge

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| IN RE: | Case No. 20-11387-LRC |
| ANGELA M. FALLEN, | Chapter 13 |
| Debtor. | |
| ANGELA M. FALLEN, | |
| Plaintiff, | ADVERSARY PROCEEDING |
| v. | NO. 24-01027-LRC |
| U.S. DEPARTMENT OF EDUCATION, | |
| Defendant. | |

**CONSENT ORDER STAYING ADVERSARY PROCEEDING**

This matter comes before the Court on the parties' *Joint Motion to Stay Adversary Proceeding* [ECF No. 5] (the "Motion"). The parties request a stay of this proceeding through and

including July 29, 2025 for settlement purposes. The Court has reviewed the Motion and the record in this matter. Accordingly, for good cause shown, it is hereby.

ORDERED and ADJUDGED that the Motion is hereby GRANTED. This adversary proceeding is hereby stayed through and including July 29, 2025, subject to any further extension granted by the Court for good cause shown.

**END OF ORDER**

| Prepared by: | Consented to by: |
|---|---|
| RICHARD S. MOULTRIE, JR<br>ACTING UNITED STATES ATTORNEY | COHEN CONSUMER LAW, PLLC |
| /s/ Vivieon K. Jones<br>Vivieon K. Jones<br>Assistant U.S. Attorney<br>Georgia Bar No. 143033<br>United States Attorney's Office<br>75 Ted Turner Drive SW, Suite 600<br>Atlanta, Georgia 30303<br>Telephone: (404) 581-6312<br>Facsimile: (404) 581-6181<br>E-mail: vivieon.jones@usdoj.gov<br>*Counsel for the U.S. Department of Education* | /s/ Joshua RI Cohen*<br>* *with express written permission*<br>Joshua RI Cohen<br>(pro hac vice)<br>Cohen Consumer Law, PLLC<br>P. O Box 1040<br>St. Albans, VT 05478<br>Telephone: 802-380-8887<br>Facsimile: 860-233-0339<br>E-mail: jcohen@thestudentloanlawyer.com<br>*Counsel for Plaintiff* |

**DISTRIBUTION LIST**

Joshua RI Cohen
Cohen Consumer Law, PLLC
P. O Box 1040
St. Albans, VT 05478

Angela Maureen Fallen
127 Sky View Court
Newnan, GA 30265